JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUNIOR HENI CALDERON RODRIGUEZ,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. EDCV 26-1242 WLH (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner. IT IS FURTHER ORDERED THAT:

1) Respondents are ORDERED to immediately release Petitioner **Yunior Heni Calderon Rodriguez, A Number: 098-953-455**, if he is still in custody**;**

2) Respondents are ORDERED to return Petitioner to the same OSUP and conditions of release to which he was subject prior to is re-detention;

3) Respondents are ENJOINED from re-detaining Petitioner without providing him with a pre-deprivation hearing before an Immigration Judge in compliance with due process and until they have followed the procedural safeguards set forth in 8 C.F.R. §§ 241.4 and 241.13;

4) Respondents are ENJOINED from removing Petitioner to Mexico or any third country without first providing him and his counsel with notice and a meaningful opportunity to respond in reopened removal proceedings in compliance with due process and the applicable statutory law; and

5) Respondents are ORDERED to file a notice of compliance advising how they complied with this Order within seven days.

DATED: August 07, 2026

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE